IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAQUAN PERKINS, #Y17988** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-711-NJR |
| | ) |
| **CHRISTINE BROWN,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On August 4, 2021, Plaintiff Laquan Perkins was ordered to pay the filing fee of $402.00 or to file an IFP Motion within thirty (30) days. (Doc. 6). He was warned that failure to do so would result in dismissal of the action, and he was provided with a blank IFP Motion. *Id*.

To date, Perkins has not filed for IFP or paid the filing fee. Therefore, this action is **DISMISSED** without prejudice for want of prosecution and failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

Plaintiff's obligation to pay the $402.00 filing fee for this action was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Accordingly, the agency having custody of Plaintiff is directed to remit the $402.00 filing fee from his prison trust fund account if such funds are available. If he does not have $402.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust fund account (including all deposits to the inmate account from any source) until the statutory fee

of $402.00 is paid in its entirety. The agency having custody of Plaintiff shall forward payments from his account to the Clerk of Court each time his account exceeds $10.00 until the $402.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Pinckneyville Correctional Center *upon entry of this Order*.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED:  September 14, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**